417 A.2d 789

Commonwealth v. Thomas, Appellant.

634

Argued May 7, 1979.
Paul R. Gettleman, for appellant; Kemal Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.